**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Peter O.,                                                         Civil No. 26-2293 (DWF/DJF)

        Petitioner,

v.                                                                                          **ORDER**

Todd Blanche, *AG*; Markwayne Mullin,
*DHS*; Samuel J. Olson, *Field Office*; Eric
Tollefson, *Sheriff Kandiyohi*; and Todd
Lyons, *Acting ICE Director*,

        Respondents.


This matter is before the Court on Petitioner Peter O.'s *pro se* petition for writ of habeas corpus (the "Petition").  (Doc. No. 1.)  Petitioner did not pay the required filing fee nor did he file an application to proceed without paying fees, also known as an application to proceed *in forma pauperis* ("IFP").  (*See* Doc. No. 3.)  He did, however, submit a copy of his prisoner trust account report showing an average monthly balance over the past six months of $30.46.  (Doc. No. 1-1.)  The Court finds that account report to be sufficient evidence that he cannot pay the fee and therefore will allow him to proceed without paying fees.  *See Cooley v. Dakota Cnty. Jail Kitchen Staff/Med. Staff*, No. 24-cv-2457, 2024 WL 5703862, at *1 (D. Minn. July 11, 2024) (granting IFP request based on prisoner account statement).

Petitioner also filed a motion for temporary restraining order.  (Doc. No. 2.)  The motion requests largely the same relief as the Petition:  immediate release, an injunction preventing Respondents from moving Petitioner, and an order requiring Respondents to

follow proper procedure.  (*Id.* at 2; Doc. No. 1 at 8.)  The only relief requiring emergency action is the injunction preventing movement.  All other requested relief will be addressed after further briefing.

Based on the foregoing and the record in this case, **IT IS HEREBY ORDERED** that:

1.      Petitioner's motion for a temporary restraining order (Doc. No. [2]) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a.      The motion is **GRANTED** insofar as he requests that Respondents be enjoined from removing him from the District of Minnesota pending the resolution of the Petition.

    b.      The motion is **DENIED** as to the remaining requests.

2.      Respondents are directed to file an answer to the Petition (Doc. No. [1]) by Thursday, April 23, 2026, at 12:00 p.m. CT, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not issue in this case.

3.      The answer should include a reasoned memorandum of law and fact addressing each count of the Petition, as well as any supporting documentation that may be needed to establish the lawfulness of Petitioner's arrest and/or continued confinement.

4.      If Petitioner intends to file a reply to Respondents' answer, he must do so by Thursday, April 30, 2026.

5.      Respondents, or any other person, entity, or agency of the government, or anyone acting in concert with Respondents or the government, are **ENJOINED** from moving Petitioner from the District of Minnesota during the pendency of this action.

6.    If Petitioner has already been moved from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

7.    Petitioner's IFP application is **GRANTED**.

Dated:  April 21, 2026                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge